HEATHER E. WILLIAMS, Cal. Bar No. 122664
Federal Defender
HOPE ALLEY, Cal. Bar No. 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
PRISCILLA ROCHA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-mj-00090-JDP |
|---|---|
| Plaintiff, | **MOTION TO VACATE OCTOBER 30, 2018 REVIEW HEARING; ORDER** |
| vs. | |
| PRISCILLA ROCHA, | |
| Defendant. | |

Defendant Priscilla Rocha hereby requests that the Court vacate the October 30, 2018 review hearing. The Government is in agreement with the request.

On November 7, 2017, pursuant to a deferred entry of judgment, the Court sentenced Ms. Rocha to 12 months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government within seven days of being cited or arrested for any alleged violation of law. The Court also ordered Ms. Rocha to pay a $600.00 fine.

Ms. Rocha has paid off her fine and has had no new violations of law. Accordingly, the parties request that the Court vacate the October 30, 2018 review hearing.

//

//

//

Respectfully submitted,

| | |
|---|---|
| HEATHER E. WILLIAMS | |
| Federal Defender | |

Date: October 29, 2018      */s/ Hope Alley*
                            HOPE ALLEY
                            Assistant Federal Defender
                            Attorney for Defendant
                            PRISCILLA ROCHA

**O R D E R**

Pursuant to the parties' request, the court vacates the October 30, 2018 review hearing for Case No. 6:17-mj-00090.

IT IS SO ORDERED.

Dated:   October 29, 2018                    _____
                                             UNITED STATES MAGISTRATE JUDGE